E-FILED
Friday, 10 December, 2004  02:03:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMMY RAE INGRAM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 04-2279 |
| STERLING STUDENT HOUSING MANAGEMENT, LTD., | ) ) ) ) |
| Defendant. | ) ) |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiff, TAMMY RAE INGRAM.

I certify that I am admitted to practice in this court.

Date:  December 10, 2004

　　　　　　　　　　　　　　　　　　　　  s/ Glenn A. Stanko
Glenn A. Stanko (Bar Number: 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone:  217-352-7661
Facsimile:  217-352-2169
E-mail:  gastanko@rosklaw.com