E-FILED
Friday, 10 December, 2004  02:05:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMMY RAE INGRAM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STERLING STUDENT HOUSING MANAGEMENT, LTD.,<br><br>　　　　Defendant. | No. 04-2279 |

**DESIGNATION OF LEAD COUNSEL PURSUANT TO CDIL RULE 11.2**

The undersigned, counsel of record for Tammy Rae Ingram, plaintiff, furnishes the following in compliance with Rule 11.2 of this court:

Glenn A. Stanko is hereby designated as lead counsel.

Dated:  December 10, 2004.

　　　　　　　　　　　　　　　　　　　　　　  s/ Glenn A. Stanko
　　　　　　　　　　　　　　　　　　　　Glenn A. Stanko (Bar Number: 2703122)
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　Rawles, O'Byrne, Stanko & Kepley, P.C.
　　　　　　　　　　　　　　　　　　　　501 West Church Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 800
　　　　　　　　　　　　　　　　　　　　Champaign, IL   61824-0800
　　　　　　　　　　　　　　　　　　　　Telephone:  217-352-7661
　　　　　　　　　　　　　　　　　　　　Facsimile:  217-352-2169
　　　　　　　　　　　　　　　　　　　　E-mail:  gastanko@rosklaw.com