IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

TAMMY RAE INGRAM,

    Plaintiff,

vs.                                                                     No. 04-2279

STERLING STUDENT HOUSING
MANAGEMENT, LTD.,

    Defendant.

**CERTIFICATE OF INTEREST PURSUANT TO CDIL RULE 11.3**

    The undersigned, counsel of record for TAMMY RAE INGRAM, plaintiff, furnishes the following in compliance with Rule 11.3 of this court:

    1.    The full name of every party or amicus the attorney represents in this case is: TAMMY RAE INGRAM.

    2.    The party represented is not a corporation.

    3.    The names of all law firms whose partners or associates appear for a party or are expected to appear for the party in this case:

    Rawles, O'Byrne, Stanko & Kepley, P.C.
    501 West Church Street
    P.O. Box 800
    Champaign, IL 61824-0800
    217-352-7661

Dated: December 10, 2004.

                                                    ___s/ Glenn A. Stanko_____
                                                    Glenn A. Stanko (Bar Number: 2703122)
                                                    Attorney for Plaintiff
                                                    Rawles, O'Byrne, Stanko & Kepley, P.C.
                                                    501 West Church Street
                                                    P.O. Box 800
                                                    Champaign, IL   61824-0800
                                                    Telephone:  217-352-7661
                                                    Facsimile:  217-352-2169
                                                    E-mail:  gastanko@rosklaw.com