IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMMY RAE INGRAM, | |
| Plaintiff, | |
| vs. | No. 04-2279 |
| STERLING STUDENT HOUSING MANAGEMENT, LTD., | |
| Defendant. | |

**PROOF OF REQUEST FOR WAIVER OF SERVICE UNDER CDIL-LR 4.1**

Pursuant to CDIL-LR Rule 4.1, I hereby certify that on the 10th day of December, 2004, I sent a copy of the complaint, one copy of a notice of lawsuit and request for waiver of service of summons (copy attached), two copies of a waiver of service of summons (copy attached), and a self-addressed, stamped, return envelope, to Sterling Student Housing Management, Ltd., c/o C.T. Corporation System, Registered Agent, 208 South LaSalle Street, Suite 814, Chicago, IL 60604, by depositing same in the U.S. Mail at Champaign, Illinois, at approximately 5:00 p.m., postage prepaid.

Dated this 10th day of December, 2004.

TAMMY RAE INGRAM, Plaintiff

By: Rawles, O'Byrne, Stanko & Kepley, P.C.
Her Attorneys

By:   s/ Glenn A. Stanko
Glenn A. Stanko (Bar Number: 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL  61824-0800
Telephone:  217-352-7661
Facsimile:  217-352-2169
E-mail:  gastanko@rosklaw.com