**E-FILED**
Monday, 11 April, 2005  03:16:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMMY RAE INGRAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 04-2279 |
| STERLING STUDENT HOUSING MANAGEMENT, LTD., | ) ) ) ) |
| Defendant. | |

**ORDER**

    1.  This matter is set for a Scheduling Conference under Fed.R.Civ.P. 16 by **telephone conference** at **9:15 a.m.** on **June 15, 2005.**  The court will place the call.

    2.  Lead counsel for each party, and any party proceeding pro se, must attend and be prepared to discuss all issues listed in Local Rule 16 (CDIL-LR 16) and Fed. R. Civ. P. 26.

    3.  At least 14 days prior to the scheduling conference, counsel must comply with the initial disclosure requirements of Fed. R. Civ. P. 26(f). A certificate of compliance must be filed, but the <u>disclosures are NOT to be filed</u>.  (CDIL-LR 26.3(A)).

    4.  The parties shall develop a proposed discovery plan for submission to the court <u>at least 7 days prior</u> to the scheduling conference.  Failure to submit the discovery plan required by this order may result in the cancellation of the discovery conference and assessment of costs.

    5.  The plaintiff's attorney is responsible for arranging the 26(f) meeting and filing the proposed discovery plan with the Court.  (CDIL-LR 26.2(3)).

ENTER this 11th day of April, 2005.

**s/Harold A. Baker**
_____
Harold A. Baker
United States District Judge

F:\CMECF\CV\9\Ingram v. Sterling Student Housing.Rule16.wpd