IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMMY RAE INGRAM,<br><br>            Plaintiff,<br>     vs.<br><br>STERLING STUDENT HOUSING MANAGEMENT, LTD.,<br><br>            Defendant. | No. 04-2279 |

**CERTIFICATE OF COMPLIANCE WITH RULE 26(a)(1)**

I hereby certify that on the 1st day of June, 2005, I complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure by serving a copy of Plaintiff's Rule 26(a)(1) Disclosures by depositing same in the U.S. Mail at Champaign, Illinois, at approximately 5:00 p.m., postage prepaid, and addressed to:

> Gary Lietz
> Lietz Banner Ford LLP
> 1605 S. State Street, Ste. 103
> Champaign, IL  61820

Dated this 1st day of June, 2005.

> By:   s/ Glenn A. Stanko_____
>         Glenn A. Stanko (Bar Number: 2703122)
>         Attorney for Plaintiff
>         Rawles, O'Byrne, Stanko & Kepley, P.C.
>         501 West Church Street
>         P.O. Box 800
>         Champaign, IL   61824-0800
>         Telephone:  217-352-7661
>         Facsimile:  217-352-2169
>         E-mail:  gastanko@rosklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gary Lietz (Bar No. 1659774)
Attorney for Defendant
Lietz Banner Ford LLP
1605 S. State Street, Ste. 103
Champaign, IL  61820
Telephone:  (217) 353-4900
Facsimile:  (217) 353-4901
E-mail: glietz@lbflaw.com

      ___s/ Glenn A. Stanko_____
      Glenn A. Stanko (Bar No. 2703122)
      Attorney for Plaintiff
      Rawles, O'Byrne, Stanko & Kepley, P.C.
      501 West Church Street
      P.O. Box 800
      Champaign, IL   61824-0800
      Telephone: (217) 352-7661
      Facsimile:  (217) 352-2169
      E-mail: gastanko@rosklaw.com