IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMMY RAE INGRAM,<br><br>     Plaintiff,<br><br>vs.<br><br>STERLING STUDENT HOUSING MANAGEMENT, LTD.,<br><br>     Defendant. | No. 04-2279 |

## REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff, Tammy Rae Ingram, by her attorney, Glenn A. Stanko of Rawles, O'Byrne, Stanko & Kepley, P.C., and defendant, Sterling Student Housing Management, Ltd., by its attorney, Gary Lietz of Lietz Banner Ford LLP, met on May 17, 2005, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1. The deadline for amendment of pleadings is January 16, 2006.

2. The deadline for joining additional parties is January 16, 2006.

3. Plaintiff shall disclose experts and provide expert reports by January 16, 2006. Plaintiff shall make any such experts available for deposition by March 15, 2006.

4. Defendant shall disclose experts and provide expert reports by May 1, 2006. Defendant shall make any such experts available for deposition by June 30, 2006.

5. Discovery shall be modified as follows: No changes in the limitations on discovery imposed by federal or local rules are deemed necessary.

6. All discovery, including deposition of experts, is to be completed by August 1, 2006.

7. The deadline for filing case dispositive motions shall be September 1, 2006.

TAMMY RAE INGRAM, Plaintiff                     STERLING STUDENT HOUSING
                                                MANAGEMENT, LTD., Defendant


BY:   s/ Glenn A. Stanko                        BY:   s/ Gary Lietz
      Glenn A. Stanko (Bar No. 2703122)               Gary Lietz (Bar No. 1659774)
      Attorney for Plaintiff                          Attorney for Defendant
      Rawles, O'Byrne, Stanko & Kepley, P.C.          Lietz Banner Ford LLP
      501 West Church Street                          1605 S. State Street, Ste. 103
      P.O. Box 800                                    Champaign, IL  61820
      Champaign, IL   61824-0800                      Telephone:  (217) 353-4900
      Telephone: (217) 352-7661                       Facsimile:  (217) 353-4901
      Facsimile:  (217) 352-2169                      E-mail: glietz@lbflaw.com
      E-mail: gastanko@rosklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gary Lietz (Bar No. 1659774)
Attorney for Defendant
Lietz Banner Ford LLP
1605 S. State Street, Ste. 103
Champaign, IL  61820
Telephone:  (217) 353-4900
Facsimile:  (217) 353-4901
E-mail: glietz@lbflaw.com

       s/ Glenn A. Stanko
Glenn A. Stanko (Bar No. 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone: (217) 352-7661
Facsimile:  (217) 352-2169
E-mail: gastanko@rosklaw.com