**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| TAMMY RAE INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   04-2279 |
| | ) | |
| STERLING STUDENT HOUSING | ) | |
| MANAGEMENT, LTD., | ) | |
| | ) | EQUITABLE RELIEF SOUGHT |
| Defendant. | ) | |

**CERTIFICATE OF COMPLIANCE**

Defendant, STERLING STUDENT HOUSING MANAGEMENT, LTD., by and through its attorneys, Lietz Banner Ford LLP, hereby certifies that on June 1, 2005, it served upon the Plaintiff TAMMY MAE INGRAM, its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(l).  A copy of the same was deposited in the U. S. Mail, at approximately 5:00 p.m., with postage prepaid, and addressed to: Glenn A. Stanko, 501 W. Church Street, P.O. Box 800, Champaign, Il 61824-0800.

        STERLING STUDENT HOUSING

        MANAGEMENT, LTD., Defendant

    By:   s/ Gary Lietz_____

        Gary Lietz (Bar No. 1659774)
        Attorney for Defendant
        Lietz Banner Ford LLP
        1605 S. State Street, Ste. 103
        Champaign, IL 61820
        Telephone:  (217) 353-4900
        Facsimile: (217) 353-4901
        Email: glietz@lbflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2005, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to the following:

>Glenn Stanko
>Attorney for Plaintiff
>Rawles, O'Byrne, Stanko & Kepley, P.C.
>501 W. Church St.
>P.O. Box 800
>Champaign, Il 61824-0800
>Email: gastanko@rosklaw.com

>s/ Gary Lietz_____
>Gary Lietz (Bar No. 1659774)
>Attorney for Defendant
>Lietz Banner Ford LLP
>1605 S. State Street, Ste. 103
>Champaign, IL  61820
>Telephone:  (217) 353-4900
>Facsimile:   (217) 353-4901
>Email: glietz@lbflaw.com