**E-FILED**
Wednesday, 15 June, 2005  01:03:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TAMMY RAE INGRAM, | ) | |
| Plaintiff, | ) | 04-2279 |
| | ) | |
| v. | ) | |
| | ) | |
| STERLING STUDENT HOUSING | ) | |
| MANAGEMENT, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

CASE MANAGEMENT ORDER #1

This case is before the court pursuant to Fed. R. Civ. P. 16. The plaintiff appeared through Glenn A. Stanko, Esq. The defendant appeared through Gary Lietz, Esq.

The court amends the parties' proposed discovery plan as follows:

1. The parties may amend the pleadings and join additional parties on or before October 3, 2005.

2. The plaintiff shall disclose experts and provide expert reports by January 16, 2006. The plaintiff's experts shall be deposed by February 15, 2006.

3. The defendant shall disclose experts and provide expert reports by March 15, 2006. The defendant's experts shall be deposed by April 17, 2006.

4. All discovery shall be completed by May 1, 2006.

5. Dispositive motions shall be filed no later than June 1, 2006. Responses and replies shall be filed in accordance with the Local Rules of the United States District Court, Central District of Illinois.

6. A final pretrial conference is scheduled for October 12, 2006 at 1:30 p.m. by personal appearance. A joint pretrial order shall be filed in accordance with the Local Rules.

7. Jury selection and jury trial are scheduled to begin on October 16, 2006 at 9:00 a.m. before the court sitting in Urbana, Illinois.

8. A status conference will be held by telephone conference call on September 20, 2005 at 10:30 a.m. The court will initiate the call.

Enter this 15th day of June, 2005.

**s/Harold A. Baker**
_____
Harold A. Baker
United States District Judge

2