**E-FILED**
Wednesday, 16 November, 2005  02:32:11 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| TAMMY RAE INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    04-2279 |
| | ) | |
| STERLING STUDENT HOUSING | ) | |
| MANAGEMENT, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

**TO:**  Tammy Rae Ingram                         Area Wide Reporting
c/o Glenn A. Stanko                         301 W. White St.
Rawles, O'Byrne, Stanko & Kepley, P.C.     Champaign, IL 61820
501 W. Church St.                          (Fax) 217-356-9551
P.O. Box 800
Champaign, IL 61824-0800

        PLEASE TAKE NOTICE that on December 20, 2005, at 9:30 a.m., at the offices of Lietz Banner Ford LLP, 1605 S. State Street, Suite 103, Champaign, Illinois, we shall take the deposition of the Plaintiff, Tammy Ingram, before a notary public for the State of Illinois and pursuant to F.R.C.P. Rule 30.

                        STERLING STUDENT HOUSING
                        MANAGEMENT, LTD.

        By:      /s/ Gary Lietz
                        Gary Lietz (Bar No. 1659774)
                        Attorney for Defendant
                        Lietz Banner Ford LLP
                        1605 S. State Street, Ste. 103
                        Champaign, IL 61820
                        Telephone:  (217) 353-4900

## CERTIFICATE OF SERVICE

I hereby certify that on November ___, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Glenn A. Stanko
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 W. Church St.
P.O. Box 800
Champaign, IL 61824-0800

        /s/ Gary Lietz
Gary Lietz (Bar No. 1659774)
Attorney for Defendant
Lietz Banner Ford LLP
1605 S. State Street, Ste. 103
Champaign, IL 61820
Telephone: (217) 353-4900