# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| TAMMY RAE INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    04-2279 |
| | ) | |
| STERLING STUDENT HOUSING MANAGEMENT, LTD., | ) ) | |
| | ) | EQUITABLE RELIEF SOUGHT |
| Defendant. | ) | |

## CERTIFICATE OF COMPLIANCE

Defendant, STERLING STUDENT HOUSING MANAGEMENT, LTD., by and through its attorneys, Lietz Banner Ford LLP, hereby certifies that on January 13, 2006, it served upon the Plaintiff TAMMY MAE INGRAM, Defendant's Supplemental Answers to Plaintiff's Interrogatories Propounded to Defendant and Defendant's Supplemental Response to Plaintiff's Request to Produce.  A copy of the same was hand-delivered to: Glenn A. Stanko, 501 W. Church Street, P.O. Box 800, Champaign, Il 61824-0800.

                                    STERLING STUDENT HOUSING
                                    MANAGEMENT, LTD., Defendant

                            By:     s/ Gary Lietz_____
                                    Gary Lietz (Bar No. 1659774)
                                    Attorney for Defendant
                                    Lietz Banner Ford LLP
                                    1605 S. State Street, Ste. 103
                                    Champaign, IL 61820
                                    Telephone:  (217) 353-4900
                                    Facsimile: (217) 353-4901
                                    Email: glietz@lbflaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2006, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to the following:

>Glenn Stanko
>Attorney for Plaintiff
>Rawles, O'Byrne, Stanko & Kepley, P.C.
>501 W. Church St.
>P.O. Box 800
>Champaign, Il 61824-0800
>Email: gastanko@rosklaw.com

>>s/ Gary Lietz_____
>>Gary Lietz (Bar No. 1659774)
>>Attorney for Defendant
>>Lietz Banner Ford LLP
>>1605 S. State Street, Ste. 103
>>Champaign, IL  61820
>>Telephone:  (217) 353-4900
>>Facsimile:   (217) 353-4901
>>Email: glietz@lbflaw.com