E-FILED
Friday, 31 March, 2006  03:01:43 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| TAMMY RAE INGRAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.   04-2279 |
| | ) |
| STERLING STUDENT HOUSING MANAGEMENT, LTD., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

NOW COME the Parties, TAMMY RAE INGRAM, by her attorney Glenn A. Stanko of RAWLES, O'BYRNE, STANKO & KEPLEY, P.C. and STERLING STUDENT HOUSING MANAGEMENT, LTD., by its attorney Gary R. Lietz of LIETZ BANNER FORD LLP, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure hereby represent to the Court that the above-captioned cause has been settled pursuant to an agreement and pursuant to a Release signed by Plaintiff releasing Defendant.

By:    /s/ Gary Lietz
Gary Lietz, Attorney for Defendant
Lietz Banner Ford, LLP
1605 S. State Street, Ste. 103
Champaign, IL 61820
Telephone: 217/353-4900
Facsimile:  217/353-4901
Email: glietz@lbflaw.com

By:    /s/ Glenn A. Stanko
Glenn A. Stanko, Attorney for Plainitff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 W. Church Street
P.O. Box 800
Champaign, IL 61824-0800
Telephone: 217/352-7661
Facsimile: 217/352-2169
Email: gastanko@rosklaw.com